# Court of Appeals
# of the State of Georgia

ATLANTA,___October 30, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15A0460.  CARMEN C. CAMARGO v. DIMITRI C. CAMARGO.**

Carmen C. Camargo seeks appellate review of a final judgment and decree of divorce. Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____10/30/2014_____*
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*